The Honorable James L. Robart
United States District Judge

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| GHILAMICHAEL ZEREZGHI and Huruia Meskel,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et. al.*,<br><br>Defendants. | Case No. 2:17cv879-JLR<br><br>[PROPOSED] ORDER SETTING BRIEFING SCHEDULE |



The parties having so stipulated and agreed, it is hereby SO ORDERED.

5. Plaintiffs shall file a motion for summary judgment by October 16, 2017.

6. Defendants shall file their opposition brief and any cross-motion for summary judgment by November 15, 2017.

7. Plaintiffs shall file their reply brief and any opposition to a cross-motion by November 29, 2017.

8. Defendants shall file any reply in support of a cross-motion for summary judgment by December 6, 2017.

9. The noting date will be December 6, 2017.

Proposed Order Set Briefing Schedule
Case No. 2:17-cv-879-JLR

-1-

U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 532-4468

The Clerk is directed to send copies of this Order to all counsel of record.

Dated this 19th day of Sept., 2017.

_____
The Honorable James L. Robart
UNITED STATES DISTRICT JUDGE

Respectfully presented by:

CHAD A. READLER
Acting Assistant Attorney General

WILLIAM C. PEACHEY
Director

AARON S. GOLDSMITH
Senior Litigation Counsel
Office of Immigration Litigation
District Court Section

/s/ James Walker
JAMES WALKER
Trial Attorney
District of Columbia Bar #1032636
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Washington, DC 20044
Telephone: (202) 532-4468
Facsimile: (202) 305-7000
Email: james.walker3@usdoj.gov

Attorneys for Defendants

Proposed Order Set Briefing Schedule
Case No. 2:17-cv-879-JLR
-2-
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 532-4468