# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| GHILAMICHAEL ZEREZGHI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al., <br><br> Defendants. | CASE NO. C17-0879JLR <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The court has received the parties' responses regarding whether any portions of the court's April 2, 2018, order should remain sealed. (Pls. Resp. (Dkt. # 19); Defs. Resp. (Dkt. # 20).) Having considered the responses, the court finds no compelling

//

MINUTE ORDER - 1

reason to keep the order sealed.  Accordingly, the court DIRECTS the Clerk to unseal the April 2, 2018, order (Dkt. # 17).

Filed and entered this 11th day of April, 2018.

WILLIAM M. MCCOOL
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk